JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 26-02450-KK-SPx** | Date: | August 20, 2026 |
|---|---|---|---|
| Title: | ***Erika Grimaldo Garcia v. Department of Homeland Security Immigration and Custom Enforcement*** | | |

Present: The Honorable KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE

| Dominique Carr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings: (In Chambers) Order**

On May 6, 2026, Petitioner Erika Grimaldo Garcia ("Petitioner") sought to initiate this action by filing a Request for Temporary Restraining Order ("Request"). Dkt. 1. However, as Petitioner failed to file a petition or complaint, a Notice of Discrepancies was issued, Dkt. 2, and Plaintiff's Request was STRICKEN on June 5, 2026, Dkt. 7.

To date, Plaintiff has failed to file a petition or complaint. Hence, this action is DISMISSED WITHOUT PREJUDICE. IT IS SO ORDERED. [JS-6]